IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY LYNN GARCIA, | CASE NO. CV F 12-2049 LJO SAB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 23.) |
| SETERUS, INC., et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice all claims remaining after this Court's March 27, 2013 order, which remains in effect;
2. VACATES all pending matters and dates, including the June 18, 2013 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** **April 1, 2013**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1